VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar No. 12897
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Sixteen O Nine
Company, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>   Plaintiff,<br><br>vs.<br><br>SIXTEEN O NINE COMPANY, INC. d/b/a IHOP #1609,<br><br>   Defendant. | CASE NO. 2:17-cv-01325-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>FIRST REQUEST |

IT IS HEREBY STIPULATED AND AGREED BETWEEN Plaintiff KEVIN ZIMMERMAN, and Defendant SIXTEEN O NINE COMPANY, INC., through their respective counsel, as follows:

Plaintiff filed his Complaint and Jury Demand on May 10, 2017.

Plaintiff served Defendant with his Complaint on May 25, 2017.

Defendant's responsive pleading is currently due June 14, 2017.

Counsel for the Parties have met and conferred regarding an agreed extension of the time for Defendant to file a responsive pleading.

The parties seek this extension in order to coordinate a potential early resolution of this matter. Further, Defendant's counsel seeks this extension to allow for the opportunity for full investigation of the alleged claims and to seek potential

4834-9147-1434.1

remediation. This is the first request for an extension of the time for Defendant to file a responsive pleading.

THEREFORE, the Parties hereby respectfully stipulate and request that Defendant shall have until Wednesday, July 5, 2017 to file their responsive pleading to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 14th day of June, 2017.

/s/ *Whitney C. Wilcher*
_____
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
8465 W. Sahara Ave., Ste. 111-236
Las Vegas, NV 89117

*Attorneys for Plaintiffs*

DATED this 14th day of June, 2017.

/s/ *Cayla Witty*
_____
Veronica Arechederra Hall, Esq.
Cayla Witty, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant Sixteen O Nine Company, Inc.*

IT IS SO ORDERED.

DATED this 15th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE