VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Sixteen O Nine Company, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SIXTEEN O NINE COMPANY, INC. d/b/a IHOP #1609,<br><br>　　　　Defendant. | CASE NO. 2:17-cv-01325-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff KEVIN ZIMMERMAN and Defendant SIXTEEN O NINE COMPANY, INC., by and through their respective counsel, that the above-captioned action and all claims Plaintiff had or may have had against Defendant as related to the above-captioned action shall be and hereby are dismissed with prejudice in their entirety, each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

4834-6812-5260.1

| | |
|---|---|
| DATED this 27th day of July, 2017. | DATED this 27th day of July, 2017. |
| /s/ Whitney C. Wilcher | /s/ Veronica Arechederra Hall |
| _____ | _____ |
| Whitney C. Wilcher, Esq.<br>Nevada Bar No. 7212<br>THE WILCHER FIRM<br>8465 W. Sahara Ave., Suite 111-236<br>Las Vegas, NV 89117 | Veronica Arechederra Hall, Esq.<br>Nevada Bar No. 5855<br>LEWIS BRISBOIS BISGAARD &<br>SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Sixteen O Nine Company, Inc.* |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERD.**

DATED this 27 day of July, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

4834-6812-5260.1                                    2